Argued and submitted October 31, affirmed December 13, 2000

STATE OF OREGON,
*Respondent,*

*v.*

MICHAEL JAMES CARNAHAN,
*Appellant.*

(951239477; CA A107438)

15 P3d 626

Rankin Johnson, Deputy Public Defender, argued the cause for appellant. With him on the brief was David E. Groom, Public Defender.

Ann Kelley, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Haselton, Presiding Judge, and Wollheim, Judge, and Ceniceros, Senior Judge.

PER CURIAM

Affirmed. *State v. James*, 159 Or App 502, 978 P2d 415 (1999).